### In re MERCK et al.

#### (Circuit Court, S. D. New York. April 26, 1894.)

CUSTOMS DUTIES—CLASSIFICATION—CHLORAL HYDRATE.
　　U. S. v. Battle & Co. Chemists' Corp., 4 C. C. A. 249, 54 Fed. 141, followed.

This was an application by Merck & Co., importers of chloral hydrate, for a review of the decision of the board of general appraisers sustaining the decision of the collector of the port of New York as to the rate of duty on said merchandise.

Everit Brown, for importers.

James T. Van Rensselaer, Asst. U. S. Atty., for collector.

COXE, District Judge. The questions involved in this appeal have all been determined in the Case of Battle & Co., 50 Fed. 402, affirmed 4 C. C. A. 249, 54 Fed. 141. There is some testimony here which was not present in the Battle Case, but the new evidence is cumulative in character and does not change in any degree the character of the propositions decided. I am clearly of the opinion that the decision of the court of appeals of the Eighth circuit should be followed by this court. The decision of the board is reversed.